79,356-38,39,40,41,42,43,44,45,46
47,48    February 24 2015

Ex Parte Allen      08-09-12976 B -      IN THE TEXAS Court
                    08-09-12986 B
    VS                                   of Criminal Appeals
                    08-09-12976 C -
State of Texas.  08-09-12986 C.   Austin Texas    RECEIVED IN

COURT OF CRIMINAL APPEALS
MAR 02 2015
Abel Acosta, Clerk

    08-09-12976 D  -  08-09-12986 D.

To The Honorable Clerk Abel Acosta.
    Now Comes William Andrew Allen In Response To
The Court of Criminal Appeals ORDER.

On February 18 2014 I sent writ 08-09-12976 B Through 08-09-12986 B. To The 155th District Court Clerk To Be Answered and forwarded To The District Attorney And The 155TH District Court. As of This Date February 19 2015 This Has Not Been Done. On April 7 2014 I received A Card from You Stating That You Had Received The Application for 11.07 Writ of Habeas Corpus. Trial Court No. 08-09-12976 B Through 08-09-12986 B. WR-79-356-14 Through WR 79-356-24. You Have NEVER Received A Answer from The 155th District Court. In Violation of TEXAS Code of Criminal Procedure 11.07. Section 3(b). The Clerk of 155th District Court Waller County Is Also In Violation of 11.07 Section 3 b. And Section 3. C. This Writ Has NEVER Been forwarded To The 155th District Court. The Convicting Court. 3d Also The Convicting Court Has Not Seen or decided on Any Issues of facts. Also In Violation of 11.07 Section 6. THERE WAS NEVER A HEARING on These Issues. As The Judge of The Convicting Court Has Not Seen The Writs 11.07. Judge James Keeshom. Also In Violation of 11.07 Section 7. Applicant Has Not Received ANSWER on 08-09-12976 B - 08-09-12986B And Also for Writ of Habeas Corpus 11.07. 08-09-12976 C - 08-09-12986C or for Writ of Habeas Corpus 11.07 08-09-12976D -08-09-12986 D. The Court of Criminal Appeals Has Denied Application 12986B As Non Compliance. This writ was In Compliance when it was Mail To The 155TH District Court Clerk. Court of Criminal Appeals Has Not Received A Answer from The 155TH District Court on Application 08-09-12976B - 08-09-12986B or Application 08-09-12976 C - 08-09-12986C. AS These Writs Have Not Been presented To The 155TH District Court.

Page 1

08-09-12976B — 08-09-12986B    08-09-12976C — 08-09-12986C
08-09-12986D — 08-09-12976D

Writ Application 08-09-12976D — 08-09-12986D Has Not Been Asnwered By Either Distric Attorney or The 155TH District Court. This Writ of Habeas Corpus 11.07 Discovery of New Evidence. Mailed on December 22 2014. This New Evidence was Not Received By defendant until october 7 2014 By The Texas Department of Criminal Justice.

On Feb 24 2015 I William Andrew Allen Recieved Notice That The Court of Criminal Has Recieved my 11.07 Writ of Habeas Corpus And Has presented Them To The Court. This Is In Violation of Vernon Ann Texas Code of Criminal Procedure Article 11.07 3.b. 3.c. And 3d. In That Writ 08-09-12976D Through 08-09-12986D Has Not Been Asnwer By Either The District Attorney or By The Convicting Court Which Is The 155TH District Court of Waller County.

Siting ExParte Young. 418 SW2d. 824 H.C. 613. Court of Criminal Appeals would not Exercise its Constitutional Original Jurisdiction under felony Case unless it be Shown That The petition or one containing like Sworn Allegation of fact, had been presented To Judge of Convicting Court.

Defendant Respectfully Motions Courts for A Appointment of Attorney under Vernon Ann Court of Criminal Procedure Article 1.051. In The Interest of Justice. Justice meaning In Accordance with The Laws of Texas.

Defendant Also Respectfully Request That The Texas Court of Criminal Appeal forces The Clerk of Waller County To Comply With Texas Code of Criminal Appeal And forward writ 11.07 08-09-12976D Through 08-09-12986D To The District Attorney And The Convicting Court. In Complaince with The Vernon Ann Texas Code of Criminal Procedure. 11.07 3b. 3c and 3d.

Respectfully
William Andrew Allen
01637192.

## PRAYER.

Defendant Prays The Judge Grant This order pursuant to Texas Code of Criminal Procedure 1.051.

## CERTIFICATE OF SERVICE.

I William Andrew Allen Sent a True copy of The order Appointment To 155th District Court 836 Austin St Hempstead Texas 77445 and a Copy To The Court of Criminal Appeals P.O. Box 12308 Capitol Station Austin Texas 78711 on This The 24th Day of February 2015

## Delceration

I William Andrew Allen Certify That The Information Is True and Correct To my Beliefs under penalty of purjury.

Executed This The 24th Day of February 2015

February 24 2015

CAUSE No. 08-09-12976 - 08-09-12986

THE STATE OF TEXAS.
VS.
William Andrew Allen
01639192
June 15 1950

In THE 155th District
Court of
Waller County, TEXAS.

## ORDER: APPOINTMENT OF COUNSEL.

Comes Now This day for Consideration, The defendants Request For Appointment of Counsel To Assist him In Resolving pending Charges In The Above-styled Cause pursuant To Texas Code of Criminal Procedure. Article 1.051. The Court Has Reviewed Defendants Declaration In Support of Right To Representation by Counsel In This Matter and it is hereby:
ORDERED: That An Attorney Shall Be Appointed To Represent defendant pursuant To TEXAS Code of Criminal Procedure Article 1.051. Accordingly, The following Attorney is Hereby Appointed And Instructed To Contact his/Her Client Regarding This matter.

NAME _____

ADDRESS. _____

It is further ORDERED That a Copy of This order shall be Sent To The defendant by The Clerk of This Court.

_____
JUDGE Presiding.

REQUEST FOR Court APPOINTED Counsel.
Pursuant To Article 1.051. TEXAS CODE OF CRIMINAL Procedure.

CAUSE No. 08-09-12976-08-09-12986

STATE OF TEXAS.

V

William Andrew Allen.
TDCJ # 01637192
Date of Birth 6-15-50

IN THE 155th
Court of Waller
County TEXAS

TO THE HONORABLE JUDGE OF SAID Court:
    Comes Now, The defendant William Andrew Allen.
TDCJ # 01637192, And Requests That The Court Appoint
Counsel To Assist him In Resolving pending Charges In
The Above-Styled Cause pursuant To TEXAS Code of Crim-
INAL Procedure Article 1.051 c States As follows: " An
Indigent defendant is Entitled To have An Attorney
Appointed To Represent him In Any Adversary Judicial
proceedings That my Result In Punishment by Confine-
ment...." Defendants DECLARATION In Support of Right To
Representation of Counsel is Attached And Incorporated
here To As Exhibit 1.

        Respectfully Submitted
        William Andrew Allen
        TDCJ# 01637192,
        TDCJ# ELLIS Unit
        1697 FM 980
        Huntsville TEXAS 77343

EXECUTED This The 24 DAY of FEBRUARY 2015.

February 24 2015

DATE February 24 2015

155TH District Court.

RE Writ of Habeas Corpus. 11.07.

Cause No. 08-09-12976, 12977, 12978, 12979, 12980, 12981, 12982, 12983, 12984, 12985 0F-09-12986.

DEAR CLERK

Enclosed Please find Movants Motion for Court Appointed Counsel, Order, And Declaration In Support of Right To Representation by Counsel In The Above-Style And Numbered Cause. Please file These papers And bring Them To The Attention of The Court.

Your Assistance In This matter Is Greatly Appreciated

William Andrew Allen Pro SE.
William Andrew Allen.
01637192
Ellis unit Walker County
1697 FM 980
Huntsville Texas 77343.

EXHIBIT 1
DECLARATION IN SUPPORT OF RIGHT
TO REPRESENTATION OF COUNSEL
Article 1.051 TEXAS CODE OF CRIMINAL PROCEDURE.

February 24 2015

The following Declaration is In support of Article 1.051 Right To Representation by Counsel In The Texas Code of Criminal Procedure.

Now Comes Respectfully William Andrew Allen     01637192
And declares That I Am unable To pay The Court Costs In This Action and Requests leave of The Court To proceed In forma pauperis In This Accompanying action and would Show The Court The following:

① I Am presently Incarcerated In The Ellis unit of The Texas Department of Criminal Justice where I Am Not permitted To Handle Money.

② I HAVE NO SOURCE of Income or spousal Income.

③ I currently have No Credit To me In The Inmate Trust fund.

④ During my Incarceration In The Texas Department of Criminal Justice. I Have Received Approximately No Money per month As Gifts from Relatives And friends.

⑤ I Neither own Nor Have Any Interests In any Realty, stocks, Bonds, or Bank Accounts And I Receive No Interest or dividends Income.

⑥ I Have One Dependent.

⑦ I Have Total debts of Approximately $4000.00

⑧ I owe No Restitution

⑨ My Monthly Expenses Are Approximately 0.

I William Andrew Allen 01637192 Being Presently Incarcerated In The Ellis unit of The Texas Department of Criminal Justice Walker County Texas. Verify And declare under penalty of perjury In The foregoing statements Are True And Correct To The Best of My Knowledge Executed on This The     day of            2015

William Andrew Allen
William Andrew Allen
01637192